LEEDY v. CRUMBAKER and Others.

APPEAL from the *Huntington* Circuit Court.

*Per Curiam.*—The complaint in this case contained a *Tuesday, December 20.* good cause of action. A note made payable to husband and wife, on a loan of money by the husband, is, in legal effect, payable to the husband, and the right to sue on it survives to him. Reeve's Dom. Rel., p. 127.

If a father conveys his farm to a child in consideration of an obligation to support himself and wife during life, the obligation is valid. So, such an obligation may be valid on an advancement of money. See *Leach* v. *Leach*, 4 Ind. R. 628.

The judgment is reversed with costs. Cause remanded, &c.

*J. U. Pettit*, *C. Cowgill*, and *S. P. Milligan*, for the appellant.

*D. O. Daily*, for the appellees.